IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYBOENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOYMILES POWER ELECTRONICS USA, INC., <br><br> Defendant. | Civil Action No. 2:23-cv-00311-JRG <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT HOYMILES POWER ELECTRONICS USA, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Hoymiles Power Electronics USA, Inc. ("Hoymiles") through its counsel, states as follows:

Hoymiles is a wholly-owned, direct subsidiary of Hoymiles Power Electronics, Inc. Hoymiles Power Electronics, Inc. is a publicly traded corporation organized under the laws of the People's Republic of China. No publicly held company owns 10% or more of Hoymiles Power Electronics, Inc.'s stock.

Dated: October 26, 2023

Respectfully submitted,

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi
Texas Bar No. 24072114
Matthew A. Blair
Texas Bar No. 24109648
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, Texas
(512) 482-6919 (telephone)
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

Andrea L. Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL**
1507 Bill Owens Parkway
Longview, Texas 75604
Tel. (903) 757-6400
Fax (903) 757-2323
andrea@wsfirm.com


*<u>Attorneys for Hoymiles Power Electronics USA, Inc.</u>*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system on October 26, 2023.

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi
