# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CYBOENERGY, INC.,**<br>　　　Plaintiff,<br><br>v.<br><br>**HOYMILES POWER ELECTRONICS USA, INC.,**<br>　　　Defendant | **Civil Action No. 2:23-cv-00311-JRG** |

## NOTICE OF RELEVANT DECISION

This Notice is to advise the Court of a potentially relevant decision made In Case No. 6:22-cv-00136; *CyboEnergy Inc. v. Alternative Power System USA, Inc.,* In the United States District Court for the Western District of Texas, Waco Division, ECF No. 44 attached hereto as Exhibit A and ECF No. 46 attached hereto as Exhibit B.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　**Ramey LLP**

　　　　　　　　　　　　　　　　　　　<u>/s/ William P. Ramey, III</u>
　　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24027643
　　　　　　　　　　　　　　　　　　　5020 Montrose Blvd., Suite 800
　　　　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　　　　(713) 426-3923 (telephone)
　　　　　　　　　　　　　　　　　　　wramey@rameyfirm.com

　　　　　　　　　　　　　　　　　　　***Attorneys for CyboEnergy, Inc.***

## **CERTIFICATE OF SERVICE**

      Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of September 3, 2024, with a copy of the foregoing via CM/ECF Filing.

                                                */s/ William P. Ramey, III*
                                                William P. Ramey, III