IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYBOENERGY, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> HOYMILES POWER ELECTRONICS § <br> USA, INC., § <br> § <br> *Defendant*. § | CIVIL ACTION NO. 2:23-CV-00311-JRG |

## ORDER

The Court issues this Order *sua sponte*. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules of this District, the Court hereby **REFERS** the above-captioned case to the Honorable Roy S. Payne for the limited and sole purpose of conducting the Claim Construction hearing, issuing a resulting Claim Construction Opinion, and taking such other related steps as are deemed by Judge Payne as necessary to facilitate and expedite the Claim Construction process in this case.

**So ORDERED and SIGNED this 27th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE