IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CYBOENERGY, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00311-JRG |
| HOYMILES POWER ELECTRONICS USA, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff CyboEnergy, Inc. and Defendant Hoymiles Power Electronics USA, Inc. (collectively, the "Parties"). (Dkt. No. 39.) In the Stipulation, the Parties stipulate to dismissal of all claims asserted in the above-captioned case with prejudice under Rule 41(a)(1)(A)(ii). (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims asserted in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Nov 2, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE